**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5**
(Complaint/Indictment/Other District)

Case No.: 5:24mj00020                               Date: 2/27/2024

**Defendant(s):** Miles Brandon Adkins, custody       **Counsel:** Andrea Harris, AFPD

PRESENT:   Presiding Judge:    Joel C. Hoppe, USMJ    TIME IN COURT: 12:37-1:06=29 minutes
           Deputy Clerk:       Karen Dotson
           Court Reporter:     Karen Dotson, FTR
           AUSA:               Michael Baudinet
           USPO:               Monica Campbell
           Case Agent:         SAs S. Duke & M. Macaron
           Interpreter:        n/a

☒   Defendant arrested on warrant from District of D.C.

**RIGHTS:**

☒   Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒   Defendant advised of right to retain counsel or to request that counsel be appointed.
☒   Defendant advised of right to preliminary exam.
☒   Defendant advised of right to identity hearing.
☒   Defendant advised of right to a bond/detention hearing.

**COUNSEL:**

☒   Defendant present with counsel.
☐   Defendant present without counsel.
☒   Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed, counsel appointed and present today.

**IDENTITY:**

☐   Identity hearing held.
☒   Identity hearing waived.*

**PRELIMINARY HEARING:**

☐   Preliminary hearing held.
☐   Preliminary hearing waived.*
☒   Defendant requests preliminary hearing in prosecuting district.*

**RELEASE/DETENTION:**

☐   Defendant does not contest detention.
☐   Government moves for detention.
☐   Detention hearing held. Record brief minutes of proceeding.
☒   Government does not oppose bond. Bond set at amount and type of bond. See conditions below.

☐ Order of Commitment to Another District (AO 94).
   OR
☒ Conditions of Release/Bond to enter

**Additional Information:**

All parties present in person
Gov't does not seek detention
Def asks for release, no supervision, PR Bond
Court sets conditions of release and reviews conditions of release in open court with dft
Dft released on bond to appear in DC court on 3/7/24 at 12:30 pm by zoom video conference


\***REMINDER:**  FORM AO466A - WAIVER OF RULE 5 & 5.1 HEARING MUST BE COMPLETED AND SIGNED BY DEFENDANT.