# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

Case No.: 5:24mj00020

v.

Date: 2/27/2024

Miles Brandon Adkins

Time in Court: 12:37 - 1:06 = 29 min.

TYPE OF HEARING: IA RS & Bond Hrg.

*******************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. AUSA - Michael Baudinet
3. ∆ - Adkins
4. ∆ atty - Andrea Harris
5.
6.
7.
8.
9. deputy clerk - Karen Dotson
10.

*******************************************************************

Recording saved to C'ville I: drive (ctrm 3)      RECORDED BY: Karen Dotson, FTR

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 12:37 | 1,9 | 44 | 2, | 1:03 | 1,3 | | | | |
| | 1,2 | 45 | 1,3 | | 1,2 | | | | |
| | 1,4 | | 1,3,1 | 5 | 1,4 | | | | |
| | 1 | 47 | 4,1 | 6 | 1,2 | | | | |
| 38 | 3,1 | 49 | 3,1 | | 1,4 | | | | |
| | 3,1 | | 2, | | 1 | | | | |
| | 3 | 51 | 1,4 | | | | | | |
| 39 | 1,3 | | 1,4 | | | | | | |
| | 3,1 | 56 | 1,4 | | | | | | |
| 40 | 3,1 | | 1 | | | | | | |
| | 3,1 | 59 | 2,1 | | | | | | |
| | 3,1 | | 6,1 | | | | | | |
| | 3,1 | | 4,1 | | | | | | |